**Dismissed and Memorandum Opinion filed October 23, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00687-CV

---

## AMELIA V. KELLY, Appellant

### V.

## MATTHEW D. WIGGINS, JR. AND D.L. HAMMAKER, Appellees

---

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11-CV-0325**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 22, 2012. On October 15, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.